■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVADOR HERNANDEZ, Appellant. [4 NYS3d 542]—

Appeal by the defendant from a sentence of the Supreme Court, Kings County (Gubbay, J.), imposed July 24, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Lopez*, 6 NY3d 248, 256-257 [2006]; *People v Guarchaj*, 122 AD3d 878, 879 [2014]; *People v Brown*, 122 AD3d 133, 138 [2014]), and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Leventhal, Hinds-Radix and LaSalle, JJ., concur.